UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMMERCIAL CREDIT GROUP INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ENGINEERED WELL SERVICE INTERNATIONAL, INC., a California corporation,<br><br>Defendants. | No. 1:17-cv-000156-DAD-JLT<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE<br><br>(Doc. No. 6) |

On February 15, 2017, plaintiff filed a notice of voluntary dismissal without prejudice of this action pursuant to Federal Rule Civil Procedure 41(a)(1)(A)(i). (Doc. No. 6.) Under Rule 41(a), a plaintiff may dismiss an action without a court order if he or she files "a notice or dismissal before the opposing party serves either an answer or motion for summary judgment" or a "stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(i)-(ii). Here, defendant, Engineered Well Service International, Inc., has not filed an answer or a motion for summary judgment. In light of the voluntary dismissal, this action has terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(i); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed without prejudice.

/////

1    Accordingly, the court directs the Clerk of Court to close this case. Plaintiff's pending
2 motion for writ of possession, private place order or turnover order (Doc. No. 4) is dismissed as
3 having been rendered moot by this order. All court dates and deadlines previously set in this
4 matter are hereby vacated.

5 IT IS SO ORDERED.

6   Dated:   **February 21, 2017**                          /s/ Dale A. Drozd
7                                                           UNITED STATES DISTRICT JUDGE